Michael A. Gould, Esq. (SBN 151851)
Michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
Aarin@wageandhourlaw.com
THE GOULD LAW FIRM
A Professional Law Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorneys for Plaintiff
Joseph Renfrow

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RENFROW, individually,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC., and DOES 1 through 25,<br><br>    Defendants. | CASE NO.: 5:22-cv-00510-JGB-KK<br><br>**ORDER DISMISSING ACTION**<br><br>Complaint Filed: January 20, 2022<br>Trial Date: September 5, 2023 |

**ORDER DISMISSING ACTION**

# ORDER

Based on the Stipulation for Dismissal and upon a finding of good cause, the Court hereby orders that all individual claims asserted in this Action shall be, and are, voluntarily DISMISSED WITH PREJUDICE, and all representative claims brought pursuant to The Private Attorneys General Act ("PAGA") are, voluntarily DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated: April 20, 2023

Hon. Judge Jesus G. Bernal
United States District Court Judge